IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GERALD LEWIS AUSTIN, | ) | CIV. NO. 10-00692 JMS/KSC |
| #1076082, | ) ) | FINDINGS AND RECOMMENDATION TO GRANT MOTION TO DISMISS |
| Plaintiff, | ) ) | ACTION WITHOUT PREJUDICE |
| vs. | ) ) | |
| SERGEANT MATTHEW MANUMA, | ) ) | |
| Defendant. | ) ) | |

**FINDINGS AND RECOMMENDATION TO GRANT MOTION TO DISMISS
ACTION WITHOUT PREJUDICE**

Before the court is Plaintiff's Motion to Change Venue ("Motion"), ECF No. 54, and Request for Subpoenas and to Compel Discovery ("Requests"), ECF No. 48. In his Motion, Austin states, "I would like to request as soon as possible to transfer my venue to the [state] circuit courts[,]" and "I wish this case to be heard in a state court so it can be fully reviewed in the state courts because this is a state official and it belongs in a state court." Mot., ECF No. 54 at 1-2. In his Memorandum in Support of the Motion, Austin stated, "I requested to have the case transferred as a change of venue and if I have to dismiss my

part of the case to do it then I will." Mem. in Support, ECF No. 55 at 2.

The Motion and Requests were heard on August 10, 2011. At the hearing, the court explained that it does not have the power to simply transfer or change venue of this federal, prisoner civil rights action to the state court. Austin acknowledged that he had already filed a civil case against Defendant Matthew Manuma in the state court. Austin then agreed to treat the Motion as a request to voluntarily dismiss the action pursuant to Rule 41 of the Federal Rules of Civil Procedure. Defendant did not object.

Accordingly, the court FINDS and RECOMMENDS that the Motion to Voluntarily Dismiss this Action should be GRANTED without prejudice, and further FINDS AND RECOMMENDS that all pending motions and requests be dismissed without prejudice.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, August 10, 2011.

_____
Kevin S.C. Chang
United States Magistrate Judge

**NOTICE**

The parties are advised that any objection to this Finding and Recommendation is due seventeen calendar days after being served with a copy of this Findings and Recommendation. *See* Fed. R. Civ. P. 5(b)(2) & 6(d); Local Rule 74.2. If an objection is filed with the Court, it shall be captioned "Objections to Magistrate Judge's Findings and Recommendation." A copy of the objection shall be served on all parties.

*Austin v. Manuma,* Civ. No. 10-00692 JMS/KSC; Findings and Recommendation to Grant Motion Dismiss Action Without Prejudice; psas/ F&R/dmp 2011/Austin 10-692 KSC (vol. dsm action)